*H. W. Chase* and *J. A. Wilstach*, for the appellant.

---

KOMBLITH and Others *v.* COLLINS and Others.

*Tuesday, November 26.*

APPEAL from the *Hendricks* Circuit Court.

*Per Curiam.*—This suit is brought to set aside conveyances of lands to one *Michael Collins*, averred to have been fraudulently procured by one *Thomas Collins*, by whom the consideration was paid, to defraud the creditors, "prior and sub sequent," of said *Thomas*. These conveyances were made in 1855, and 1856. Plaintiffs recovered a judgment in 1858. When their debt was created is not shown; nor is it shown, directly, that any debts then existed against said Thomas, nor that his estate was not fully sufficient to pay his debts, without a resort to these lands.

A demurrer was sustained to the complaint. We see no error in that ruling.

The judgment is affirmed, with costs.

*C. C. Nave* and *J. Witherow*, for the appellants.